# SCHEDULE A

| No. | Store Name | Seller ID |
|---|---|---|
| 1 | Quanzhou Luojiang Jianxi E-commerce Co., Ltd. | A7QWCRFD6O7HS |
| 2 | guangzhouanchoushangmaoyouxi angongsi | AVI9Y9YARYOVO |
| 3 | fujianshengbosugongchengzixuny ouxiangongsi | A2NZIQ3G7V6M8K |
| 4 | heyangye | A4UFUMIW9BOZU |
| 5 | wangsongyouxuan | A2J4NF6ZVO85EE |
| 6 | yuexchenguang | A2VDHQI61GSSNR |
| 7 | Sports sai | A1658UMIDY6DQK |
| 8 | Liuquangang123 | AIS04MA4E6766 |
| 9 | kaifengshixiangfuquqingmingshan gmaoyouxiangongsi | A23LM29WJIEEVK |
| 10 | lishananshdg | A3CBZM1YQSRIW0 |
| 11 | MUXINGW | AEL8MY574W9EH |
| 12 | zhoukoukewenshangmaoyouxiang ongsi | A3NBIUZ9D4AZV0 |
| 13 | ooncedsw | A1UH55QQZQR083 |
| 14 | shanhushangmaoy | A3QRQ6XFYEIA9S |
| 15 | TongShanXianShengTieTengShan gMaoYouXianGongSi | A2CLC61O2S317Q |
| 16 | yaoxiuyun123 | A1KTP5RCY1TP89 |
| 17 | guangzhoutuobao | A3OKJX9DWQQ5BP |
| 18 | 比得缶贸易 | A2AW1V6NK2FV1R |
| 19 | Zhangchaoichao | ALU0HMC7RFJNX |
| 20 | wnagliping | AA5PNUEFGOEK9 |
| 21 | likeyaoyao | A15EL90HCII7AE |
| 22 | Qiwanghh | A1CZKPUXJ8AI1Z |

| No. | Store Name | Seller ID |
|---|---|---|
| 23 | yechihao | A1VKIDEL0SBIMJ |
| 24 | baoming AS | A3ICMI3W1QVJPD |
| 25 | Liukiang | ABWN1QV3V7PTJ |
| 26 | Chelsey Edit | A2M6OL1IHPCCWG |
| 27 | wangbolinDAGE | A156X4YAHKD1YI |
| 28 | yonganshixuenongmaoyiyouxiang ongsi | A145RIQ3W9UDXX |
| 29 | Lyrdian | A26OUVRTDJYP8P |
| 30 | nananshiruiwangkouqiangmenzhe nyouxiangongsi | A2NHVZE8HSPPNH |
| 31 | xinjunSHOP | A3GIN695LFUYS |
| 32 | botairdvd | A11NFFPAT4K26M |
| 33 | AnHuiJinZhaoFangJianZhuLaoWu YouXianGongSi | A3O23WPGBS3SI0 |
| 34 | sanminghuohuozhuangshiyouxian gongsi | A1RBI1SK1GI94B |
| 35 | wenzhoumingyingbaozhuangyouxi angongsi | A3SFV6IZB2DGIU |
| 36 | wenzhoushimushaomaoyiyouxiang ongsi | A3SJA2B9YJ845I |
| 37 | nananshiyuankaishiyeyouxianzere ngongsi | A3UWLWZ0YJ8UXK |
| 38 | chenmingshan115263 | A25OWKKNEV370M |
| 39 | shanxiyihankeJiyouxiangongSi | A2I9A7SBDNUYGG |
| 40 | chenghengfeng | A3FA3GZ4VG03PK |
| 41 | jnximn | A1W4TUC1EYDUB7 |
| 42 | EXDCH046 | A3UI6A28OV6KNH |
| 43 | EXDCH035 | A1TCHGECN9TRUS |
| 44 | EXDCH160 | A2WW1F1V2DU8LH |
| 45 | NicFreeWay | A3IK986LBQDJZI |
| 46 | BreatheLite | AXKH9L5ZOL0ND |

| No. | Store Name | Seller ID |
|---|---|---|
| 47 | reeking | A9Z7GEFFFV7RR |
| 48 | longyanshimeilijianongyefazhanyo uxiangongsi | A1F6F3FNJCZALN |
| 49 | leijiankejiyo | A249GNTN0YY5KU |
| 50 | Hometool for ReFiIters | AWF6CFG97ABSW |
| 51 | guangzhouxieqiaoshangmaoyouxi angongsi | A2MMZ0JTLRCCI7 |
| 52 | YUYIXIAODIANAA | AYKF4Q84RXHTK |
| 53 | shanxihuachenranjianshegongche ngyouxiangongsi | A1XN2OTCTNVNPO |
| 54 | wangxiao444 | A1WQEFEY3J3HXF |
| 55 | weiyucun888 | AR6X7RR1GAD39 |
| 56 | Alva Equipment | A1AEWWMI9AAMWH |
| 57 | ouxiaofang168 | A122RYLSD55E6K |
| 58 | huangqihu88 | A3L1NFN2393SB8 |
| 59 | CHTKD | A2UTXUPYEKP0MV |
| 60 | CHENGBANG | ANDYJWR2I43SE |
| 61 | ApexLink467 | A14Y4CE7OXJ5W8 |
| 62 | ApexLink862 | A17L3763E9D2B6 |
| 63 | ApexLink228 | A1AT3HEODWGKUO |
| 64 | ApexLink052 | A2ZIO8MNOKBPCL |
| 65 | ApexLink380 | A2O0PAN8OGQVJX |
| 66 | ApexLink942 | A28BZ69IY2TQAU |
| 67 | ApexLink647 | A1SYHG5954W68Q |
| 68 | ApexLink481 | A13JNAI328KQ37 |
| 69 | ApexLink174 | A12NAX0EQX02IB |
| 70 | ApexLink625 | A3K76CR6M80RPY |

| No. | Store Name | Seller ID |
| --- | --- | --- |
| 71 | ApexLink819 | A28C4UXKK2GWO1 |
| 72 | ApexLink028 | A1UMHPZN8S1MKZ |
| 73 | ApexLink269 | A3CVGVR28KPGMT |
| 74 | ApexLink786 | A2ODVF97RBRC09 |
| 75 | ApexLink097 | A38YWWJRH2IG8N |
| 76 | ApexLink977 | A1B3Y2A3QME14 |
| 77 | ApexLink143 | A18WILNP39SWTK |
| 78 | ApexLink608 | ARY8S9RD78IY0 |
| 79 | ApexLink454 | A1HQ8W4VP49KEG |
| 80 | ApexLink897 | A2UDKBQERU5BFF |
| 81 | ApexLink291 | AX3FI2BT42IJ6 |
| 82 | ApexLink766 | A27PCERQ8WX8RU |
| 83 | ApexLink039 | A1DJOI76LRV4F2 |
| 84 | ApexLink578 | A28Y97K3Y6AI9 |
| 85 | ApexLink955 | A3RQIL59JCBEHJ |
| 86 | ApexLink182 | AFTOPQ7HH0A17 |
| 87 | ApexLink810 | A29L399JJ50IPW |
| 88 | ApexLink202 | A2WGPYOCMTE5WW |
| 89 | ApexLink793 | A2WGJA0ZHXSGT3 |
| 90 | ApexLink066 | A2TJPTYX1UVOGU |
| 91 | ApexLink930 | A2614KOTOGUBWDq |
| 92 | ApexLink476 | A14V1KN0FF8YKJ |
| 93 | ApexLink157 | AB2KUDBV0405Q |
| 94 | ApexLink685 | A1QML6GJ5JKCAI |
| 95 | ApexLink422 | A3LXSPJWN9OV4T |

| No. | Store Name | Seller ID |
|---|---|---|
| 96 | ApexLink534 | A1JP6S413J2QZN |
| 97 | ApexLink211 | A3V18D3C3WJTDF |
| 98 | ApexLink2109 | A2O4LQZENFBB9A |
| 99 | ApexLink748 | A9YL5R3Z9PWHZ |
| 100 | ApexLink080 | A3LHL4TS5Z9E9S |
| 101 | ApexLink357 | AWW8NMPVJ4WWI |
| 102 | ApexLink911 | AA13DC0A8X9YS |
| 103 | ApexLink511 | A25QDTWL31CZ16 |
| 104 | ApexLink821 | A3JN9C4GFNS0M7 |
| 105 | ApexLink327 | A38MR3W915W38D |
| 106 | ApexLink717 | A3TD03B9AGKXL2 |
| 107 | ApexLink392 | A3ERE3KZ6OYR4J |
| 108 | ApexLink002 | A2I17IGUX62NTC |
| 109 | ApexLink653 | A4G7AH4UATUIA |
| 110 | ApexLink199 | A278J5STQIVQ3Z |
| 111 | ApexLink902 | A18UDLA0D04LX3 |
| 112 | ApexLink1670 | ARM0SS14VOJFF |
| 113 | ApexLink831 | A241CVC61EER0T |
| 114 | ApexLink525 | A3QMHV6FRGMUZU |
| 115 | ApexLink284 | A2510Q0E0NH3DZ |
| 116 | ApexLink720 | A3BGGL59P7ZXJU |
| 117 | ApexLink042 | A3PQCIEMNY1ZIB |
| 118 | ApexLink336 | A2MDVSMDL1TZOF |
| 119 | ApexLink963 | A8YNZGA4ZKXYX |
| 120 | ApexLink690 | A1QML52XN355A3 |

| No. | Store Name | Seller ID |
|---|---|---|
| 121 | ApexLink407 | A3HISB3Q0ELM2A |
| 122 | ApexLink879 | A29FTQ5XVZ8U1Q |
| 123 | ApexLink564 | A3S6E56IHHAANZ |
| 124 | ApexLink233 | A3GVXGYIUBH64Q |
| 125 | ApexLink752 | A2CJT2GSWB8HRV |
| 126 | ApexLink013 | A2Y2GEQIWWS0W4 |
| 127 | ApexLink371 | A38PR9CXNU4D2S |
| 128 | ApexLink926 | A38KBTFIC836PI |
| 129 | ApexLink614 | A2DJWU7OJVR7L1 |
| 130 | ApexLink169 | AM7XX9LQ50KZI |
| 131 | ApexLink440 | A17BFT5KBYR2JL |
| 132 | ApexLink885 | APW0H1OAYXEGP |
| 133 | ApexLink558 | A258ENGYNUAFAL |
| 134 | ApexLink252 | A2CMOFGUSJMZFD |
| 135 | ApexLink261 | APP2YZ8HWODRH |
| 136 | ApexLink065 | ANH224FOI6586 |
| 137 | ApexLink110 | A9VAIYFU9XJNO |
| 138 | ApexLink301 | A3RL2733T2OKLS |
| 139 | ApexLink731 | A5GFCI5IGKW4Y |
| 140 | ApexLink1426 | A23832NZJ7IIQK |
| 141 | ApexLink077 | A3O0QMIWSK9OCJ |
| 142 | ApexLink345 | A1MGR9681L22O4 |
| 143 | ApexLink988 | A2T0IR4ZXTHOJL |
| 144 | ApexLink662 | AB2JLTFROQIR7 |
| 145 | ApexLink433 | A35J85CE7H3D25 |

| No. | Store Name | Seller ID |
|---|---|---|
| 146 | ApexLink844 | AL6B9IAO5YAAK |
| 147 | ApexLink586 | AUOI4JCGBCBLA |
| 148 | ApexLink247 | A23ULJKHK5Y5XM |
| 149 | ApexLink184 | A19GPPI4W1V61F |
| 150 | ApexLink775 | A1XAF7HO33FL26 |
| 151 | ApexLink989 | A3SHU9CC6C2V97 |
| 152 | ApexLink856 | A30657F1SMVQ2S |
| 153 | ApexLink088 | A1X63JPSBT38U4 |
| 154 | ApexLink103 | A1DQWVP4XXHKI1 |
| 155 | ApexLink636 | A34OXJV7O6I2G8 |
| 156 | ApexLink515 | A1OX77OH5708H7 |
| 157 | ApexLink140 | A18AVNHPPJEA3I |
| 158 | ApexLink490 | A1UHDFYEHLWPLX |
| 159 | ApexLink631 | A1JFY401HB7CC6 |
| 160 | ApexLink595 | A26I8UE24K2TN7 |
| 161 | ApexLink710 | AIFJSWIQYQUP2 |
| 162 | ApexLink323 | A9W160SGM0EAG |
| 163 | ApexLink517 | A3CY0URAKWZFSP |
| 164 | ApexLink046 | A2X7HWJMCINAU |
| 165 | ApexLink462 | A35XZ2DMPKJNPT |
| 166 | ApexLink108 | A2N0OYF477WSZE |
| 167 | ApexLink014 | A3JUOJPYEHV2KF |
| 168 | yicemaoyiyouxiangongsi | AAIE01B02KG |
| 169 | ApexLink058 | A1Z23KC93SPWFS |
| 170 | HFDXF025 | A2954CZOS0VU2Y |

| No. | Store Name | Seller ID |
| --- | --- | --- |
| 171 | HFDXF770 | A2AUTV0TJ33O1Q |
| 172 | HFDXF190 | A169FKPGPMWQZY |
| 173 | HFDXF177 | A1SACN38JMZC08 |
| 174 | HFDXF203 | A3038LJSQ3EDKP |
| 175 | HFDXF072 | A114HM9E23XHQ2 |
| 176 | EXDCH042 | A33OBK0O9RDRFY |
| 177 | EXDCH956 | AOGBVE9HG3H6D |
| 178 | EXDCH234 | AS54XQZCT20BE |
| 179 | EXDCH714 | A1N03ZPES0RV41 |
| 180 | EXDCH285 | AEST2NPN218HS |
| 181 | EXDCH291 | AT0JQKJPY0IU8 |
| 182 | EXDCH185 | ANEBFV6E2REIO |
| 183 | EXDCH162 | A1VD95I0CQ8GDQ |
| 184 | EXDCH204 | A1V2OB4D0W0KEV |
| 185 | EXDCH615 | A1GVB1BNCQYMQQ |
| 186 | EXDCH397 | A25W3TC8H1FA15 |
| 187 | EXDCH832 | A2NDKX73JFU0CX |
| 188 | EXDCH606 | A3AHTZ4S9AY648 |
| 189 | EXDCH813 | A3K1QCFRB9MN14 |
| 190 | EXDCH700 | A2IEG8QEO7HQ4M |
| 191 | EXDCH929 | A1Z1E2L2V2CF4P |
| 192 | EXDCH966 | A25FCS9AJFIUL1 |
| 193 | EXDCH907 | A3BE94PAQ8OCVY |
| 194 | EXDCH169 | A3HFJDH57OK8GC |
| 195 | EXDCH201 | A3W32OEXETYLIV |

| No. | Store Name | Seller ID |
|---|---|---|
| 196 | EXDCH558 | A1JNG2YW5E6VCM |
| 197 | EXDCH186 | A1R6G8OPYGSK0I |
| 198 | EXDCH768 | A2ZZ2173IWUTHH |
| 199 | EXDCH660 | A33224VWSARI9U |
| 200 | EXDCH571 | A1K4G86UJHE3UJ |
| 201 | EXDCH651 | A2MJAD43EEX54Y |
| 202 | EXDCH688 | A31Q8BJDVRI213 |
| 203 | EXDCH601 | A3GY1LDODYM3E6 |
| 204 | EXDCH704 | AKXO2E5Q0CV3U |
| 205 | EXDCH340 | A1ULDORBDE5IKF |
| 206 | EXDCH374 | A3QKACQCY2PLBE |
| 207 | EXDCH131 | A210O2AOSFN49A |
| 208 | EXDCH639 | A2J1HUMO6GKWJK |
| 209 | EXDCH500 | AWXA9BZSK8Z6T |
| 210 | EXDCH549 | A2J5E9QR1EAD5 |
| 211 | EXDCH900 | A35CGL5TG8NPS2 |
| 212 | EXDCH960 | A939JT90VPN02 |
| 213 | EXDCH182 | A30T9FGZNWTJTX |
| 214 | EXDCH586 | A1AA5FA7XLJSL9 |
| 215 | EXDCH459 | A2VQX7JL4VM7CY |
| 216 | EXDCH120 | A1HG7OHOR7VVKC |
| 217 | HCGGC317 | A58PRHK2AUS1O |
| 218 | EXDCH197 | A3RHH2KH280EQ5 |
| 219 | EXDCH689 | A2CLWHU5DQHMD7 |
| 220 | EXDCH745 | ASTXUDYN2CIZE |

| No. | Store Name | Seller ID |
|---|---|---|
| 221 | EXDCH749 | A39194BPEGD701 |
| 222 | EXDCH906 | A2BH1N8O6M1US0 |
| 223 | EXDCH133 | A34P219WHMDY2T |
| 224 | EXDCH433 | APJ12KCTU8DC4 |
| 225 | EXDCH629 | ACCM0JBELURD9 |
| 226 | EXDCH070 | AZ7YW9SERVU40 |
| 227 | EXDCH914 | AFSUD4VKUMBNN |
| 228 | EXDCH306 | A1420WKJX7NJIX |
| 229 | EXDCH236 | A3H2BZ7TJPBUU4 |